UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sabrino Taut Chuol,

    Petitioner,

v.   Civil No. 17-4700 (JNE/TNL)
   ORDER

Jefferson Sessions, III, et al.,

    Respondents.

Petitioner filed a petition under 28 U.S.C. § 2241 (2012).  Respondents asked the Court to dismiss the petition as moot.  In a Report and Recommendation dated February 27, 2018, the Honorable Tony N. Leung, United States Magistrate Judge, recommended that Petitioner's § 2241 petition be denied and dismissed without prejudice as moot.  No party filed objections.  The Court adopts the recommended disposition.  Therefore, IT IS ORDERED THAT:

1. Petitioner's § 2241 petition [ECF No. 1] is DENIED AS MOOT.

2. This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 1, 2018

                                               s/ Joan N. Ericksen
                                               JOAN N. ERICKSEN
                                               United States District Judge